```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GARY PIETROPAOLO, Administrator of the Estate of Gary J. Pietropaolo, Deceased,

                        Plaintiff,

               v.

UNITED STATES OF AMERICA,

                        Defendant.

**ORDER OF APPROVAL**

20 Civ. 7377 (NSR)

WHEREAS, on September 14, 2020, Plaintiff filed a complaint commencing the above-captioned action (the "Complaint"), asserting tort claims pursuant to the Federal Tort Claims Act ("FTCA") against the United States of America;

WHEREAS, Plaintiff and the United States have reached a settlement of the claims in the Complaint, which has been filed as ECF No. 38 on October 16, 2024;

WHEREAS, this Court is of competent jurisdiction to approve the settlement of this matter;

IT IS HEREBY ORDERED that the settlement of this matter is approved according to the terms of the endorsed Stipulation and Order of Settlement and Dismissal and the parties are relieved of any obligation to obtain approval of the settlement from the Dutchess County Surrogate's Court.

IT IS FURTHER ORDERED that payment shall be made according to the terms of the endorsed Stipulation and Order of Settlement and Dismissal.

Dated: October 17, 2024
White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge